UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNA POPLASKY,<br><br>  Plaintiff,<br><br>v.<br><br>CAINE & WEINER COMPANY, L.L.C.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>) Case No.: 1:15-cv-12248-RGS<br>)<br>)<br>)<br>)<br>) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ John O. Postl* | */s/ Craig Thor Kimmel* |
| John O. Postl Esquire. | Craig Thor Kimmel |
| John Postl, P.C. | Kimmel & Silverman, P.C. |
| 10 Winthorp Square | 1207 Delaware Avenue, Suite 440 |
| Boston, MA 02110 | Buffalo, NY 14209 |
| Phone: (617) 423-6400 x1 | Phone: 716-332-6112 |
| Fax: | Fax: 800-863-1689 |
| Email: John.Postl@JohnPostlPC.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: February 25, 2016 | Date: February 25, 2016 |

BY THE COURT:

/s/Richard G. Stearns
RICHARD G. STEARNS
U.S. District Judge
2/26/16